IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01946-WYD-KLM

CHRISTINA SALYARDS,

    Plaintiff,

v.

FRANK A. SELLERS,
FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation, and
KBT TRANSPORTATION, INC., a Texas corporation,

    Defendant.

_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Extend Discovery Cut-off Date Pertaining to Lay Witnesses** [#35] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**. The discovery deadline is extended to **September 4, 2015** for the sole purpose of completing the depositions of lay witnesses.

    Dated: June 15, 2015