# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01946-WYD-KLM

CHRISTINA SALYARDS,

     Plaintiff

v.

FRANK A. SELLERS,
FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation, and
KBT TRANSPORTATION, INC., a Texas corporation,

     Defendants.

## NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, Christina Salyards, by and through her counsel, Levine Law, L.L.C., and hereby advises the Court that the above-captioned case has settled. The parties will file settlement documents in the next thirty (30) days.

Dated this 28th day of December, 2016.

          **LEVINE LAW, LLC**

          Signed original document maintained and available
          pursuant to Rule 121

          */s/  Andrew J. Phillips, Esq.*
          _____

          Jordan S. Levine, No. 23877
          Andrew J. Phillips, No. 40283
          4500 Cherry Creek Drive South, Suite 400
          Denver, CO 80246
          Tel: (303) 333-8000
          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify on this 28th day of December, 2016, 2015, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** were sent by email to the following:

Edwin R. Smalley, Esq.
445 Union Blvd., Suite 100A
Lakewood, CO   80228

               /s/     Jenni Lesmeister
               Jenni Lesmeister, Litigation Paralegal