IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-CV-01946-WYD-KLM

CHRISTINA SALYARDS,

      Plaintiff

v.

FRANK A. SELLERS,
FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation, and
KBT TRANSPORTATION, INC., a Texas corporation,

      Defendants

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

The Parties, by and through their undersigned counsel of record, hereby move this court for a dismissal of all claims, with prejudice, and as grounds therefore states as follows:

1. The parties have compromised and settled all claims asserted by Plaintiff against the Defendants.

2. The parties stipulate and agree the above-captioned matter should be dismissed with prejudice, with each party to pay their own costs and attorneys' fees.

**WHEREFORE**, Plaintiff and Defendants request the Court enter an Order of dismissal of all claims, with prejudice.

Respectfully submitted this 2nd day of February, 2017.

| | |
|---|---|
| **LEVINE LAW, LLC** | **EDWIN R. SMALLEY, LLC** |
| s/ Jordan S. Levine | s/ Edwin R. Smalley |
| Jordan S. Levine, No. 23877 | Edwin R. Smalley, No. 15239 |
| Andrew J. Phillips, No. 40283 | |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |

2